# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on March 13, 2025**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.:** |
| v. | |
| | **VIOLATIONS:** |
| **MIGUEL ANGEL AYALA-MELENDEZ,** | |
| | 8 U.S.C. § 1326(a) |
| Defendant. | (Illegal Reentry After Removal) |
| | 8 U.S.C. § 1306(a) |
| | (Willful Failure to Register) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

**(Illegal Reentry After Removal)**

On or about May 6, 2025, the defendant, MIGUEL ANGEL AYALA-MELENDEZ, an alien, was found in the United States in the District of Columbia, after having been removed and deported therefrom on or about March 1, 2012 at or near San Antonio, Texas, and without having obtained the express consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security to reapply for admission to the United States.

**(Illegal Reentry After Removal**, in violation of Title 8, United States Code, Section 1326(a)).

### COUNT TWO

**(Willful Failure to Register)**

In or around April and May 2025, in the District of Columbia and elsewhere, the defendant,

MIGUEL ANGEL AYALA-MELENDEZ, then being an alien required to apply for registration and to be fingerprinted in the United States, did willfully fail or refuse to file an application for such registration or to be fingerprinted.

(**Willful Failure to Register**, in violation of Title 8, United States Code, Section 1306(a)).

A TRUE BILL

FOREPERSON

Jeanine Ferris Pirro
United States Attorney

By: *Jennifer Leigh Blackwell*
Jennifer Blackwell
Deputy Chief, Criminal Division