UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 25-cr-00154 (JEB) |
| | : | |
| MIGUEL AYALA-MELENDEZ, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF WITHDRAWAL OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Assistant United States Attorney John F. Korba is entering his withdrawal in this case.

    Respectfully submitted,

    JEANINE FERRIS PIRRO
    UNITED STATES ATTORNEY

By:   */s/ John F. Korba*
    John F. Korba
    Assistant U.S. Attorney
    D.C. Bar Number 1010303
    United States Attorney's Office
    601 D Street, NW, 5th Floor
    Washington, D.C. 20530
    (202) 252-7246
    John.Korba@usdoj.gov