UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

                                                                    25-cr-154 JEB

**v.**

**MIGUEL AYALA MELENDEZ**

## MOTION TO DISMISS INDICTMENT

H. Heather Shaner, appointed by the Court for Miguel Ayala, now requests this Honorable Court dismiss the Indictment pending against him. In support of this Motion, the defendant states as follows:

On May 12, 2025 , as he was leaving for work at 5:45 AM, Miguel was pulled from his truck and arrested by ICE. On May 13, 2025, he was presented in U.S. District Court and charged with a violation of 8 U.S.C. § 1326(a). On May 15, 2025, he was released on Personal Recognizance by the presiding magistrate and thereupon was returned to ICE custody. He was some days later released by ICE.

Mr. Ayala was Indicted on May 15, 2025 and was Arraigned before this Honorable Court on June 4, 2025. He was continued on Personal Recognizance. Status is now scheduled for September 17, 2025.

When Mr. Ayala appeared for his Immigration Check in, as ordered when he was released from immigration custody, he was re-arrested by ICE and subjected to expedited removal in violation of Due Process. He has been returned to Mexico where he remains.

We therefore Move this Court to Dismiss the Indictment against him

Counsel spoke with United States Attorney Dernbach, who is aware of the defendant's removal. Counsel does not object to this filing.

Respectfully submitted,

/hhs/

_____

H. Heather Shaner  #273276
Appointed by the Court
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com